ACCEPTED
03-16-00222-CV
13099042
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/6/2016 11:51:13 AM
JEFFREY D. KYLE
CLERK

## No. 03-16-00222-CV

# In the Court of Appeals for the Third Judicial District Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/6/2016 11:51:13 AM
JEFFREY D. KYLE
Clerk

LMV-AL Ventures, LLC,

*Appellant/Cross-Appellee*,

*v.*

Texas Department of Aging and Disability Services and Commissioner Jon Weizenbaum, in his Official Capacity,

*Appellees/Cross-Appellants*.

On Appeal from the
98th Judicial District Court, Travis County
Cause no. D-1-GN-15-001219

## JOINT FIRST MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEFS

To the Honorable Third Court of Appeals:

1.  Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellant LMV-AL Ventures, LLC and Cross-Appellants Texas Department of Aging and Disability Services and Commissioner Jon Weizenbaum seek an extension of time to file their respective reply briefs. Both reply briefs are due October 12, 2016. Appellant and Cross-Appellants seek an extension up to and including **October 28, 2016**.

2. All parties have agreed to this extension of time. The Court has granted no previous extensions for Appellant's and Cross-Appellants' reply briefs.

3. The extension is sought to accommodate Cross-Appellants' counsel's workload and to allow adequate time to prepare the replies, and to ensure that Cross-Appellants' briefing schedule remains synchronized with Appellant's.

4. Cross-Appellants' counsel has substantial litigation commitments in other cases, particularly in *Buck v. Davis*, No. 15-8049, a capital habeas case argued in the United States Supreme Court on October 5, 2016. Although Cross-Appellants' counsel is not lead counsel, his travel and preparation obligations for the *Buck* argument were significant.

5. Appellant seeks an extension so that the briefing schedule for the main appeal and the cross-appeal will remain synchronized.

6. This extension is not sought to cause delay, and it will prejudice no party.

7. For the foregoing reasons, the parties pray that the Court grant a 16-day extension of time as requested, creating a new deadline of **October 28, 2016** for Appellant's reply and for Cross-Appellants' reply.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1827
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General

/s/ Ari Cuenin
ARI CUENIN
Assistant Solicitor General
State Bar No. 24078385
ari.cuenin@texasattorneygeneral.gov
EUGENE A. CLAYBORN
Assistant Attorney General

Counsel for Cross-Appellants

/s/ Walter V. Williams (by permission)
WALTER V. WILLIAMS
State Bar No. 21584800
Jack M. Modesett, III
Modesett Williams, PLLC
515 Congress Ave, Ste 1650
Austin, Texas 78701
Tel.: (512) 472-6097
Fax: (512) 481-0130

Counsel for Appellant LMV-AL, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that Appellant and Cross-Appellants have jointly agreed to seek the relief requested by this motion.

## CERTIFICATE OF SERVICE

On October 6, 2016, this document was served electronically via File & ServeXpress and/or e-mail on Walter V. Williams, MODESETT WILLIAMS, PLLC, 515 Congress Ave, Ste. 1650, Austin, Texas 78701, lead counsel for LMV-AL Ventures, LLC, via walter@modwill.com.

/s/ Ari Cuenin
ARI CUENIN